## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| v. | ) | **2:14cv1186-MHT** |
| | ) | **(WO)** |
| **SEVEN THOUSAND EIGHT** | ) | |
| **HUNDRED SIXTY ONE DOLLARS** | ) | |
| **($7,861.00) IN UNITED STATES** | ) | |
| **CURRENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DECREE OF FORFEITURE

Before the Court is the United States of America's Motion for Decree of Forfeiture.

On September 19, 2014, the United States filed a Verified Complaint for Forfeiture *In Rem* (doc. no. 1), pursuant to 21 U.S.C. § 881(a)(6), alleging that the Defendant currency constitutes monies furnished, or intended to be furnished, in exchange for controlled substances, or represents proceeds of trafficking in controlled substances or was used or intended to be used to facilitate violations of 21 U.S.C. § 841(a)(1) (drug distribution) and 21 U.S.C. § 846 (conspiracy to commit a violation of the Controlled Substances Act).

It appearing that process was fully issued in this action and returned according to law:

Pursuant to a Warrant of Arrest *In Rem* issued by this Court, the United States Marshals Service for the Middle District of Alabama served the Defendant currency on December 9, 2014 (doc. no. 5);

On December 10, 2014, Attorney Jerry L. Thornton was served by the United States Marshals Service with copies of the Verified Complaint for Forfeiture *In Rem*, Notice of Arrest and Seizure, and Warrant of Arrest *In Rem* (doc. no. 6);

On January 8, 2015, Gary Parker was served by the United States Marshals Service with copies

of the Verified Complaint for Forfeiture *In Rem*, Notice of Arrest and Seizure, and Warrant of Arrest *In Rem* (doc. no. 15);

On December 30, 2014, Gary Parker filed a Verified Claim as to the Defendant currency (doc. no. 7);

That on February 12, 2015, the United States and Claimant Gary Parker entered into a Stipulation of Final Settlement (doc. no. 16, attachment 1) in which Claimant consented to entry of a Decree of Forfeiture forfeiting $4,861.00 to the United States to be disposed of according to law. The United States agreed to release $3,000.00 to Claimant Gary Parker, through his counsel of record.

That no other claim or answer has been filed on behalf of any other party.

Now, therefore, for good cause otherwise shown, it is **ORDERED**, **ADJUDGED** and **DECREED** that the motion of the United States for a Decree of Forfeiture (doc. no. 16) is granted as follows:

(1)    The United States Marshals Service shall release $3,000.00 to Claimant Gary Parker through his counsel of record, Cooper & Cooper;

(2)    $4,861.00 is forfeited to the United States to be disposed of according to law;

(3)    The motion to dismiss (doc. no. 10) is denied as moot;

(4)    Each party will bear their own costs;

(5)    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure; and

(6)    This case is closed.

DONE this the 9th day of March, 2015.

                                                 /s/ Myron H. Thompson
                                            UNITED STATES DISTRICT JUDGE